# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**EARNEST YOUNG, III**                                                                **PLAINTIFF**

**v.**                                 **Case No. 4:22-cv-01002-KGB**

**JEFFERSON K. FAUGHT, Deputy**
**Public Defender, 5th Judicial District**                                           **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff

Earnest Young III's complaint is dismissed without prejudice.  The relief sought is denied.  The

Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the

Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 13th of February, 2023.

_____
Kristine G. Baker
United States District Judge